IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ThermoLife International LLC,<br><br>Plaintiff,<br><br>v.<br><br>Vital Pharmaceuticals Incorporated,<br><br>Defendant. | No.  CV-18-03233-PHX-SPL<br><br>**ORDER** |

As previously advised, this case is part of the Mandatory Initial Discovery Pilot project ("MIDP") being conducted in the District of Arizona under General Order 17-08. Under the MIDP, parties must respond to mandatory initial discovery subjects early in the litigation and before traditional discovery begins under the Federal Rules of Civil Procedure.  General Order 17-08, ¶ (A)(2).[1]  Following Defendant's recent retention of counsel, the parties in this case have filed a second request for an extension of time for Defendant to answer the complaint. Good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 14) is **granted**. Defendants shall have until **February 6, 2019** to file a responsive pleading in accordance with Rule 12 of the

---

[1]  The General Order provides that "[a] party seeking affirmative relief must serve its responses to the mandatory initial discovery no later than 30 days after the first pleading filed in response to its complaint, counterclaim, crossclaim, or third-party complaint." *Id.*, ¶ (A)(6). It further provides that "[a] party filing a responsive pleading, whether or not it also seeks affirmative relief, must serve its initial discovery responses no later than 30 days after it files its responsive pleading." *Id.*

The MIDP does not apply if the parties certify that no discovery will be conducted in the case, and the MIDP response deadline may be extended for 30 days if the parties jointly certify to the Court that they are seeking to settle the case and have a good faith belief that it will be resolved within 30 days of the due date for their responses.  *Id.*

Federal Rules of Civil Procedure, the MIDP, and the Court's Preliminary Order. No further extensions will be granted.

Dated this 16th day of January, 2019.

Honorable Steven P. Logan
United States District Judge